1  MICHAEL A. LOTTA, ESQ.    SBN: 94301
   LAW OFFICES OF MICHAEL A. LOTTA, INC.
2  3836 East Anaheim Street
   Long Beach, CA 90804
3  Telephone: (562) 438-9137
   Fax: (562) 438-9138
4  Attorney for Plaintiff

5  Michael N. Feuer, City Attorney    SBN: 111529x
   J.EdwinRathbun, Deputy City Attorney    SBN: 221804
6  Office of the City Attorney
   200 North Main Street, 6th Floor, City Hall East
7  Los Angeles, California 90012
   Attorneys for Defendants

8

9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ELLIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>CITY OF LOS ANGELES, a public entity; LOS ANGELES POLICE DEPARTMENT, a public entity; MYNERVA GRAMILLO; OFFICER MURPHY; OFFICER MOON; OFFICER AVILA; and DOES 1 to 100, Inclusive, eta!.,<br><br>　　　　　Defendants. | Case No: 2:13-cv-08331-BRO-CW<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

　　　Good cause appearing therefore, IT IS HEREBY ORDERED that th
above captioned action be and hereby is dismissed with prejudice pursuant t
Federal Rules of Civil Procedure, Rule 41 (a)(1). Each party shall bear its own

//

//

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

1 | cost and attorney's fees.

2 | DATED: February 20, 2015



3 | HON. BEVERLY O'CONNELL
4 | UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE